IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U. LEVY, | No. C 13-0892 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT WITHOUT PREJUDICE |
| v. | |
| 24 HOUR FITNESS WORLDWIDE INC. (NORTH HOLLYWOOD), | |
| Defendant. | |
| _____/ | |

The Court has reviewed Magistrate Judge Cousins' Report and Recommendation Regarding Granting Plaintiff's Application to Proceed In Forma Pauperis and Dismissing Complaint without Prejudice.  The time for objections has passed and none were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED and the complaint is dismissed without prejudice.

Dated: 4/16/2013

_____
CLAUDIA WILKEN
United States District Judge

cc: MagRef; NC